**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

JEFFREY POULIOT, and )
KIMBERLY POULIOT, )
)
      Plaintiffs, )
)
v. )      CV425-318
)
WINDY CITY NATIONAL )
TRANS INC., *et al.*, )
)
      Defendants. )

## <u>ORDER</u>

Before the Court is Defendant Windy City National Trans, Inc.'s ("Windy City") Motion for Protective Order. Doc. 45. The Motion was filed a day in advance of Plaintiff's Rule 30(b)(6) deposition of Windy City to preserve Windy City's objections to 14 deposition topics and 12 document requests related to the deposition. *Id.* at 4-5. Given the short turnaround between the Motion being filed and the deposition itself, Plaintiffs were unable to respond before the deposition itself was conducted. *See* doc. 48. Plaintiffs have since responded to the Motion for Protective Order, albeit not substantively, noting that additional issues

related to the Windy City deposition arose that will likely require additional conferral between counsel and Court involvement. *Id*. at 2.

Since Plaintiff's filing on June 4, 2026, nothing further has been filed. *See generally* docket. Both parties indicate that some Court involvement may be required to resolve the various issues that have arisen related to Windy City's Rule 30(b)(6) deposition. *See* doc. 45; doc. 48 at 2. The undersigned's standard procedures require the parties to participate in an informal discovery dispute conference as a prerequisite to filing discovery motions. *See* Standard Procedures for Discovery Disputes and Settlement Conferences. As such, the parties are **DIRECTED** to meet and confer regarding all issues related to Windy City's 30(b)(6) deposition by July 10, 2026. If the parties still require the Court's involvement, they are **DIRECTED** to file a motion for an informal discovery dispute conference no later than July 17, 2026. If they are able to resolve their issues, Defendant must file a Motion to Withdraw its Motion for Protective Order, doc. 45, by that same date. For now, although the Motion was filed prior to Defendant complying with the Standard Procedure's requirements, the Motion remains pending. Doc. 45. Following the parties' compliance with the directions in this

Order, the Court will, if necessary, establish a new deadline for Plaintiff to substantively respond to the Motion.

**SO ORDERED**, this 26th day of June, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA